IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD D. POLLEY and
LINDA RADFORD,

    Plaintiffs

vs.                                                No. 11 CV 861 KG/SCY

XUREX, INC. F/K/A/
XUREX NANO-COATINGS CORP.,

    Defendant.

## AMENDED ORDER SETTING
## STATUS CONFERENCE & MOTION HEARING

IT IS HEREBY ORDERED that a status conference will be held in person on **TUESDAY, JULY 15, 2014 at 10:00 AM** at the United States Courthouse, 4th Floor, Mimbres Courtroom, 100 N. Church Street, Las Cruces, New Mexico.  Counsel shall be prepared to argue the XUREX's *Motion for Reconsideration* (Doc. 106).

_____
UNITED STATES DISTRICT JUDGE