IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD D. POLLEY and
LINDA RADFORD,

      Plaintiffs,

v.                                  NO. 1:11-CV-00861-KG/SCY

XUREX, INC.

      Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**

      This matter came before the Court on the unopposed Motion to Withdraw as Counsel filed by Modrall Sperling Roehl Harris & Sisk, P.A., ("Modrall") for leave to withdraw from the representation of Defendant Xurex, Inc., and the Court having reviewed the Motion which complies with Local Rule 83.8(a) and (c) and noting that the Motion will be served on the party and finding the Motion well taken,

      IT IS THEREFORE ORDERED as follows:

      1.      The Motion to Withdraw as Counsel filed by Modrall is granted.

      2.      Because of the pendency of the trial in this matter, Defendant Xurex, Inc. shall either obtain substitute counsel within 15 days of the date of entry of this Order or the Court may enter a default judgment on the Complaint.

      3.      Modrall is directed to serve this Order by email on Defendant Xurex, Inc., as well as by First Class, United States Mail.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By:   */s/ Paul M. Fish*
    Paul M. Fish
    Kevin D. Pierce
    Post Office Box 2168
    Bank of America Centre, Suite 1000
    500 Fourth Street, N.W.
    Albuquerque, New Mexico 87103-2168
    Telephone: (505) 848-1800


Approved by:

RODEY, DICKASON, SLOAN, AKIN,
   & ROBB, P.A.

By:   *Telephonically approved 7/25/2014*
    Robert M. St. John
    P.O. Box 1888
    Albuquerque, NM 87103
    Telephone: (505) 765-5900

Y:\dox\client\85021\0002\PLEADING\W2228038.DOCX