IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD D. POLLEY and
LINDA RADFORD,

    Plaintiffs,

vs.                                                        Civ. No. 11-861 KG/SGY

XUREX, INC., f/k/a
XUREX NANO-COATING CORP.,

    Defendant.

ORDER

       This matter comes before the Court upon Plaintiffs' Motion for Entry of Final Judgment. (Doc. 132). Plaintiffs request that the Court enter a Final Judgment determining damages and awarding reasonable attorneys' fees and costs. (Doc. 132-1). Plaintiffs submitted affidavits in support of their Motion for Entry of Final Judgment. (Docs. 133 and 134).

       Having reviewed the Motion for Entry of Final Judgment as well as the affidavits, the Court finds that Plaintiffs should be granted a final judgment in the amount of damages they have requested. The Court, however, is reluctant to award the full amount of requested attorneys' fees and costs without having more specific information. The affidavit supporting the request for attorneys' fees and costs does not provide, for example, the attorneys' hourly rates, hourly rates for staff, a description of the attorneys' legal experience, comparable attorney and staff hourly rates in the localities where the attorneys and staff work, a general break down of how much time either attorneys or staff spent on tasks, or a general break down of costs. As a result, the Court determines that an award half of the documented attorneys' fees and costs, $123,284.13, is reasonable. Should Plaintiffs believe that they are entitled to more than half of

the documented attorneys' fees and costs, the Court will allow Plaintiffs until September 30, 2014, to file supplemental affidavits with the necessary specific information, as described above, to justify a higher award of reasonable attorneys' fees and costs. The Court will defer entering a Final Judgment until Plaintiffs have had an opportunity to file those supplemental affidavits.

    IT IS SO ORDERED.

                                                    UNITED STATES DISTRICT JUDGE