IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD D. POLLEY and
LINDA RADFORD,

    Plaintiffs,

vs.                                                                     Civ. No. 11-861 KG/SCY

XUREX, INC., f/k/a
XUREX NANO-COATINGS CORP.,

    Defendant.

## FINAL JUDGMENT

The Court having entered a Default Judgment in Favor of Plaintiffs (Doc. 127) on a Complaint for recovery of a debt evidenced by a promissory note, and Plaintiffs having presented an affidavit and documents to establish the principal balance due and the date from which interest is to be calculated, and Plaintiffs having provided evidence of the attorneys' fees and costs which Plaintiffs have incurred in this action so that the Court can exercise its discretion in awarding Plaintiffs the recovery of reasonable attorney fees as allowed by the terms of the promissory note,

    IT IS ORDERED that

    1. Plaintiffs Richard D. Polley and Linda Radford do have and recover judgment against Defendant Xurex, Inc., formerly known as Xurex Nano-Coatings Corp., upon the promissory note dated February 22, 2008, in the principal sum of $2,496,225.39, together with interest at the rate of four percent (4.0%) per annum from July 1, 2009, to the date of judgment in the sum of $516,205.71; and

2. Plaintiffs Richard D. Polley and Linda Radford are awarded reasonable attorneys' fees and costs in the sum of $123,284.13.

_____
UNITED STATES DISTRICT JUDGE